**OSWALD & HESS COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 8033.

Circuit Court of Appeals, Third Circuit.

Argued Oct. 6, 1942.

Decided Oct. 16, 1942.

Eli E. Reich, of Pittsburgh, Pa. (Frank C. Miller, of Pittsburgh, on the brief), for petitioner.

S. Dee Hanson, Sp. Asst. to Atty. Gen. (Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key, Sp. Asst. to Atty. Gen., on the brief), for respondent.

Before BIGGS, MARIS, and JONES, Circuit Judges.

PER CURIAM.

The decision of the Board of Tax Appeals is affirmed.

**David F. SATCHWELL, Appellant, v. COLABEE STEAMSHIP CO. and American Range Lines, Inc.**

No. 8047.

Circuit Court of Appeals, Third Circuit.

Argued Oct. 5, 1942.

Decided Oct. 12, 1942.

Milton M. Borowsky, of Philadelphia, Pa. (Freedman & Goldstein, of Philadelphia, Pa., on the brief), for appellant.

Robert G. Kelly, of Philadelphia, Pa. (Conlen, LaBrum & Beechwood, of Philadelphia, Pa., on the brief), for appellee.

Before BIGGS, MARIS, and JONES, Circuit Judges.

PER CURIAM.

The judgment of the court below is affirmed.

**UNITED STATES, Appellee, v. Charles SORRENTO, Appellant.**

No. 36.

Circuit Court of Appeals, Second Circuit.

Oct. 24, 1942.

Richard A. Grimm, of Buffalo, N. Y., for appellant.

Robert M. Hitchcock, of Buffalo, N. Y., for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed on authority of Davis v. United States, 5 Cir., 12 F.2d 253, 256; Caringella v. United States, 7 Cir., 78 F.2d 563, 567; United States v. Smith, 2 Cir., 112 F.2d 83, 85; and Firotto v. United States, 8 Cir., 124 F.2d 532, 535, 536.